# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**JIMMY R. HEIKKILA,**                                                                                       **PLAINTIFF**
**ADC #122299**

v.                              CASE NO. 5:16CV00299 BSM

**WENDY KELLEY, Director,**
**Arkansas Department of Correction, et al.**                                    **DEFENDANTS**

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 5] and objections filed by plaintiff Jimmy Heikkila [Doc. No. 7] have been reviewed. After careful consideration, the partial recommended disposition is adopted in all respects.

Accordingly, Heikkila is allowed to proceed with his free exercise claims under 42 U.S.C. § 1983, and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc-1 ("RLUIPA"). Heikkila's equal protection claim against defendants Wendy Kelley, Randy Watson, and Joshua Mayfield is dismissed without prejudice. The U.S. Marshal is directed to serve the summons and complaint [Doc. No. 2] and this order on Kelley, Watson, and Mayfield. Finally, an *in forma pauperis* appeal taken from the order adopting the partial recommended disposition will not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 9th day of January 2017.

_____
UNITED STATES DISTRICT JUDGE