**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JIMMY R. HEIKKILA**                                                        **PLAINTIFF**
**ADC #122299**

**v.**                        **CASE NO. 5:16-CV-00299 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction, et al.**                   **DEFENDANTS**

## <u>ORDER</u>

The recommended disposition submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 45] has been reviewed. No objections have been filed. After careful review of the record, the recommended disposition is adopted in its entirety. Accordingly, defendants' motion for summary judgment [Doc. No. 37] is granted in part. Plaintiff Jimmy R. Heikkila's claims concerning the construction of a sweat lodge are dismissed with prejudice. Heikkila's remaining claims are moot and, thus, dismissed without prejudice.

IT IS SO ORDERED this 25th day of September 2018.

UNITED STATES DISTRICT JUDGE